

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LYNN P. BAKER, | 3:07-CV-527-RCJ(VPC) |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

Before the Court is Plaintiff's Objections to Report and Recommendation of United States Magistrate Judge (#13) filed on August 20, 2008. This action was referred to U.S. Magistrate Judge Valerie P. Cooke pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4. The Magistrate Judge submitted her Report and Recommendation (#12) on August 11, 2008, recommending that this Court enter an order denying plaintiff's motion for reversal of the Commissioner's decision (#10) and defendant's cross-motion for summary judgment and in opposition to plaintiff's motion for reversal (#11) be granted. Defendant's Response to Plaintiff's Objections to Report and Recommendation of U.S. Magistrate Judge (#14) was filed on September 4, 2008.

### I. ANALYSIS

**A.   Review of Magistrate Judge's Order**

Pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 3-2, a party may file specific written objections to the findings and recommendations of a magistrate judge made pursuant to LR IB 1-4. The district court must make a *de novo* determination of those portions of the

magistrate judge's report to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. LR IB 3-2(b). *De novo* review means the court must consider the matter anew, the same as if it had not been heard before and as if no decision previously had been rendered. <u>Ness v. Commissioner</u>, 954 F.2d 1495, 1497 (9th Cir. 1992). Thus, although the district court need not hold a de novo hearing, the court's obligation is to arrive at its own independent conclusion about those portions of the magistrate judge's findings or recommendation to which objections are made. <u>United States v. Remsing</u>, 874 F.2d 614, 617 (9th Cir. 1989).

After conducting a *de novo* review of the record, the Court accepts and adopts the Magistrate Judge's Report and Recommendation (#12).

### III. CONCLUSION

The Magistrate Judge therefore properly found that the ALJ's decision was supported by substantial evidence, accordingly,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Reversal of the Commissioner's Decision (#10) is DENIED and Defendant's Cross-Motion for Summary Judgment (#11) is GRANTED. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED: This ___ day of October, 2009.

_____
Robert C. Jones
UNITED STATES DISTRICT JUDGE